DEBORAH S. TROPP, ESQ. - SBN 162613
dtropp@mtbattorneys.com
CARLY J. ENGLISH, ESQ. - SBN 340721
cenglish@mtbattorneys.com
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Ph: (949) 259-2890
Fax: (949) 259-2891

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA BELLO PEREZ, <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, DOE EMPLOYEE, and DOES 1 through 50 Inclusive, <br><br> Defendants. | CASE NO. 8:22-cv-00306 <br><br> **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF, SAMANTHA BELLO PEREZ, AND TO HER COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant, COSTCO WHOLESALE CORPORATION, a Washington Corporation ("Defendant"), hereby removes this action from the Superior Court of the State of California, County of Orange, Central District, to the United States District Court, Central District of California, Southern Division and sets forth in support of its Notice of Removal of Action the following:

1. On November 5, 2021, Plaintiff, SAMANTHA BELLO PEREZ ("Plaintiff"), commenced an action against Defendant by filing a Summons and Complaint in the Superior Court of California, County of Orange, Case No. 30-2021-01228827-CU-PO-CJC (A true and accurate copy of Plaintiff's Summons, Complaint, Certificate of Assignment, and Civil Case Cover Sheet are attached as Exhibit A to the Declaration of Carly J. English.)

2. On December 6, 2021, Defendant filed an Answer, Declaration of Trial Attorney, and Jury Demand. (A true and accurate copy of the Answer, Declaration of Trial Attorney, and Jury Demand is attached to the Declaration of Carly J. English as Exhibit B).

3. On January 28, 2022, Defendant received Plaintiff's written discovery responses to its propounded discovery.

4. Plaintiff identified in her responses to Form Interrogatories 6.4 and 6.7 that the claimed medical expenses at issue as a result of the incident total $111,608.76. (A true and accurate copy of Plaintiff's Form Interrogatory Responses to Form Interrogatory 6.4 and 6.7 is attached to the Declaration of Carly J. English as Exhibit C).

5. Defendant has filed this Notice pursuant to 28 U.S.C. § 1446(b) in a timely fashion, in that this Notice has been filed within one year of the commencement of the action and within thirty days after receipt by the Defendant, through service or otherwise, other paper from which it may first be ascertained that the case is one which is or has become removable. See Mix v. Allstate Ins. Co., No. CV 00–835 RCTX, 2000 WL 1449880 (C.D. Cal. April 19, 2000).

## Complete Diversity Exists

6. This action wholly involves citizens of different states. At the time this action was commenced, and since that time, Plaintiff was and is a resident and citizen of the State of California, with her domicile in the State of California. (*See* English Dec. at ¶ 3.)

7. Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." Defendant was, at the time of the filing of this action, and still is, a citizen of the State of Washington, where it has its principal place of business and where it is incorporated. (*See* **Exhibit D** to English Decl.; English Decl. ¶ 4.)

8. Pursuant to 28 U.S.C. §1441(a), the fictitious defendants named in the complaint are disregarded for purposes of determining the existence of diversity citizenship.

## The Amount in Controversy Requirement is Satisfied

9. Plaintiff filed an unlimited civil complaint seeking monetary damages in excess of $25,000.00. In the complaint, and as a result of the slip and fall incident, Plaintiff claims to have suffered: (1) wage loss; (2) hospital, medical and incidental expenses; (3) general damages; and (4) loss of earning capacity. (<u>See</u> Complaint at p. 4)

10. Defendant propounded discovery on Plaintiff in the form of Form Interrogatories, Special Interrogatories, and Request for Production and on January 28, 2022, Plaintiff provided written discovery responses.

11. Plaintiff identified in her responses to Form Interrogatory 6.4 and 6.7 that her claimed medical expenses as a result of the incident totals $111,608.76.

12. Thus, based on the facts provided above, the amount in controversy, exclusive of interest and costs, is in the excess of $75,000.00. This Court therefore has original jurisdiction of this action under 28 U.S.C. § 1332 and, because Defendant is not a citizen or resident of the State of California, wherein this action is pending, removal of the action to this court is proper under 28 U.S. Code § 1441(a).

## The Other Requirements for Removal Are Met

13. A copy of the Notice to Adverse Parties of Removal of the Case to Federal Court, which is attached to this Notice, will be filed with the Superior Court of California, County of San Bernardino and served on all involved parties to this action. (A true and correct copy of the Notice to Adverse Parties of Removal of Case to

1 | Federal Court is attached to the Declaration of Carly J. English as **Exhibit E**.)

2 |   14. Removal to this Court is proper as the Superior Court of the State of
3 | California, County of Orange where this action was originally filed, is located within
4 | this district.

5 |   15. Plaintiff has been served with this Notice of Removal, and the additional
6 | supporting pleadings.

7 |   WHEREFORE, Defendant, COSTCO WHOLESALE CORPORATION, prays
8 | that this action be removed to this Court.

10 | Dated:  February 25, 2022        McNEIL TROPP & BRAUN LLP

13 |         By: /s/ Carly J. English
14 |            Deborah S. Tropp, Esq.
           Carly J. English, Esq.
15 |            Attorneys for Defendant,
           COSTCO WHOLESALE
16 |            CORPORATION

# PROOF OF SERVICE
C.C.P. §1013a, C.R.C. 2.301(3), 2.306

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

    I am employed in the aforesaid County, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2 Park Plaza, Suite 620, Irvine, California 92614.

    On February 25, 2022, I served the foregoing document described as:

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**

    ☑  Placing __ the original _x_ a true copy thereof, enclosed in sealed envelopes, addressed as follows on the attached SERVICE LIST.

    ☑ 1 **BY MAIL**:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

    ☑  **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

    Executed on February 25, 2022, at Irvine, California.

                                    /s/ Carly J. English
                                    CARLY J. ENGLISH

SERVICE LIST

**PEREZ v. COSTCO WHOLESALE CORPORATION**
**4700-81**

| | |
|---|---|
| Alan C. Brown, Esq.<br>Day, Day, & Brown<br>301 West First Street<br>Tustin, California 92780 | Attorneys for Plaintiff SAMANTHA BELLO PEREZ<br>(714) 832-4811<br>Fax: (714) 832-4815<br>abrown@daydayandbrown.com |
| Lance A. Williams, Esq.<br>Williams and Williams LLP<br>16320 Bake Parkway<br>Irvine, CA 92618 | Attorneys for Plaintiff SAMANTHA BELLO PEREZ<br>(949) 999-2010<br>Fax: (949) 387-0409<br>lance@wwlawpc.com |