JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA BELLO PEREZ, | CASE No. 8:22-cv-00306-JLS-JDE |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| COSTCO WHOLESALE CORPORATION, DOE EMPLOYEE, and DOES 1 through 50 Inclusive, | |
| Defendants. | |

On May 5, 2023, the Court granted Defendant Costco Wholesale Corporation's ("Costco") Motion for Summary Judgment. (Doc. 36.) Now, therefore, IT IS ORDERED, ADJUDGED, AND DECREED that:

Judgment is entered in favor of Costco and against Plaintiff Samantha Bello Perez. Plaintiff shall take nothing, and Costco may recover its costs.

DATED: May 8, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE